JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY KIRK, | Case No. CV 07-03103 DDP (PJWx) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| THE CITY OF LONG BEACH, a political subdivision of the State of California; Long Beach Police Officer Nichiolas C. Harris (#6132); Long Beach Police Officer Edmund D. Moscoso (#6146); Long Beach Police Officer/Sergeant Daniel Barkwill (#5291), | |
| Defendants. | |

THE COURT having been notified of settlement of this matter by counsel,

THE COURT ORDERS that this action be, and hereby is, dismissed with prejudice.

THE COURT to retain jurisdiction for a period of 60 days to enforce the terms of the settlement.

The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: October 6, 2008

_____
DEAN D. PREGERSON
United States District Judge